# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| MEGAN HOPKINS, | Case No. 3:23-cv-00157 |
| Plaintiff, | |
| vs. | District Judge Thomas M. Rose |
| | Magistrate Judge Caroline H. Gentry |
| MERCY HEALTH SPRINGFIELD REGIONAL MEDICAL CENTER, | |
| Defendant. | |

# ORDER

On July 21, 2023, the undersigned Magistrate Judge issued a Report and Recommendation that this case be dismissed for want of prosecution following Plaintiff's failure either to pay the required filing or to file a properly completed application to proceed *in forma pauperis*. (Doc. No. 4.) Plaintiff has since filed such an application. (Doc. No. 5.)

Plaintiff, who is not currently incarcerated, attests under penalty of perjury that she earns approximately $700 per month, has no liquid assets, and has monthly expenses in excess of $600. (*Id.*) Plaintiff has also provided evidence demonstrating the value of her home, which she owns outright. (Doc. No. 5-2, PageID 33.) Based on this information, the Court concludes that Plaintiff is financially unable either to prepay the costs of this action or to give security for such costs.

Accordingly, the Court **ORDERS** as follows:

1. The Report and Recommendation (Doc. No. 4) previously issued in this matter is **WITHDRAWN**.

2. Plaintiff's Third Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 5) is **GRANTED**. Plaintiff is **GIVEN LEAVE** to proceed *in forma pauperis*, and all Court officers are **ORDERED** to render services in this action as if the costs of those services had been prepaid.

3. Plaintiff's First Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 1) is **DENIED AS MOOT**.

4. Plaintiff's Second Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 3) is **DENIED AS MOOT**.

5. The Clerk is **DIRECTED** to hold service of the Complaint and summons until the Court issues an Order directing service of the Complaint and summons on Defendants.

Plaintiff is reminded that she must keep this Court informed of her current address at all times during the pendency of this action and must immediately notify the Court of any change to her address.

**IT IS SO ORDERED.**

*/s/ Caroline H. Gentry*
United States Magistrate Judge